UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANCIS SEPULVEDA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 11-11491-JLT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

ORDER

September 19, 2012

TAURO, J.

After considering Respondent's Objections to Magistrate's Recommendation on Respondent's Motion to Dismiss [#20], this court ACCEPTS and ADOPTS the August 16, 2012 Report and Recommendation on Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus as Time-Barred [#16] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus as Time-Barred [#9] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge