UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANCIS SEPULVEDA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 11-11491-JLT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

Order

January 7, 2014

TAURO, J.

    Having reviewed Magistrate Judge Boal's Report and Recommendation [#36], and there being no objections filed, this court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 [#1] is DENIED. IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                            United States District Judge